Brent Buchsbaum, SBN: 194816
brent@buchsbaumhaag.com
Laurel N. Haag, SBN: 211279
laurel@buchsbaumhaag.com
LAW OFFICES OF BUCHSBAUM & HAAG, LLP
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (562)733-2498; Fax: (562)628-5501

James B. Hardin, Bar No. 205071
jhardin@hardintrial.com
HARDIN LAW GROUP, APC
2901 W. Coast Highway, Suite 200
Newport Beach, CA 92663
Telephone: (949) 337-4810; Fax: (949) 209-4853

Attorneys for Plaintiff
EDWARD GAY

Seth L. Neulight, SBN: 184440
Hillary J. Baca, SBN: 288068
NIXON PEABODY, LLP
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8200
sneulight@nixonpeabody.com
hbaca@nixonpeabody.com

Attorneys for Defendant
A PLACE FOR MOM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD GAY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>A PLACE FOR MOM, INC. a Corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 2:24-CV-06705-AH (JPRx)<br>Honorable Anne Hwang<br><br>**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE  [35]** |

[PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice (Dkt. No. 35), the Court HEREBY ORDERS AS FOLLOWS:

1. This entire action shall be, and hereby is, DISMISSED WITH PREJUDICE.
2. The parties shall bear their own respective costs, including attorneys' fees, incurred in the action.

IT IS SO ORDERED.

Dated: FEBRUARY 20, 2025



Honorable Judge Anne Hwang